UNITED STATES DISTRICT COURT
EASTERN MASSACHUSETTS DIVISION
JOHN JOSEPH MOAKLY BUILDING
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS

| | | CIVIL ACTION |
|---|---|---|
| NEAL A. COWE | ) | |
| PLAINTIFF | ) | CASE NUMBER |
| | ) | |
| | ) | OBSTRUCTION OF JUSTICE |
| V | ) | |
| | ) | NEGLIGENCE |
| COMMONWEALTH OF | ) | |
| MASSACHUSETTS | ) | ABUSE OF AUTHORITY |
| BOSTON POLICE DEPT. | ) | |
| (Brighton Division) | ) | ASSAULT & BATTERY |
| | ) | ON A PERSON 60+ YRS |
| DZHOKHAR TSARNAEV | ) | |
| And another | ) | CRIMINAL FRAUD |
| DEFENDANTS | ) | |

## COMPLAINT

### The Parties

[1.] The plaintiff Neal A. Cowe is a citizen of The United States of America
And resides at 1136 North Park wood Dr. Clayton County Forest Park
Georgia 30297.

[2.] The Defendant Commonwealth of Massachusetts Boston Police Department
(Brighton Division) 301 Washington St, with Headquarters Located at 1 City
Hall Plaza Boston, Massachusetts 02109.

[3.] The Defendant Dzhokhar Tsarnaev is in Federal Custody awaiting Trial at
Fort Devens Military Base located in Northern Middlesex County @ Ayer,
Massachusetts 01434.

## CONTROVERSIAL DOLLAR AMOUNT

[4]. The plaintiff states that he has met the Controversial dollar amount of
$75,000.00 dollars in Lost Wages & Medical expenses that continue.

## JURISDICTION

[5.] The Plaintiff states the Federal District Court has Jurisdiction of this matter
Under U.S.C. § 1331 in Criminal, Territorial & Personal Jurisdiction of this
Case (D. Tsarnaev) remains in a detention Center under Federal Custody at
Ft. Devens Military base Ayer, Massachusetts.

## BACKGROUND

[6.] On or about June 15, 2010 The Plaintiff drove from Atlanta, Georgia to
Boston, Massachusetts 02134, for work at 151 Harvard Ave. Allston, Ma.
Being The Basic Carpet & Furniture Company for 20 years Off & On.

[7.] He arrived before midnight, June 9,  prompted Neal A. Cowe to get some rest
In the Back of his Delivery van behind this store in the City of Boston
Municipal parking lot.

## COUNT I

[8.] At approximately 2:00 A.M. the bar "Harper's Ferry" closed for the night
Shortly thereafter 3 drunken men left the rear entrance of that bar which
Lead into The City of Boston municipal parking lot in which "Cowe" was
Asleep in his Motor vehicle when he was terrorized by someone being
Loud & Obnoxious banging on the side of his panel delivery Van.

[9.]  As he was waiting for his work place to open up one of the men Dzhokhar
      Tsarnaev had Pounded on the side of his vehicle and woke him up and
      Verbally Assaulted & and Terrorized him without any Cause, from a dead
      Sleep, Embolden by his actions found out his Waltham Karate Lessons failed
      Him on a 62 year old man who was in fairly good shape, from lifting carpet.

[10.]  An argument had ensued in which "Cowe" confronted the men about their
       Unprovoked actions against his person and property did not go to work but
       Rather to the Brighton Police Dept. bent over in pain, The Boston Police
       Knew "Cowe" was severely injured but failed to assist him in any way.

[11.]  This argument led to a confrontation which spilled out of the parking lot
       On to Harvard Ave. in which the passenger on the driver's side exited the
       Back seat of the Vehicle with the Massachusetts Registration (tag) Number
       Of 62TV39, which was (Dzhokhar) who insisted that "Cowe" come out of
       His vehicle despite the warnings he was given about the dogs they awoke, as
       They continued their barking.

[12.]  Despite those verbal warnings (Dzhokhar) continued to provoke a situation
       Insisting "Cowe" come out of the vehicle, repeated "Fight him like a Man."
       So "Cowe" exited the vehicle as he did (Dzhokar) tried to slam the door he
       Was exiting on him, with that "Cowe" then pounded him into the ground
       Until (Tamerlan) & Another pulled him off as they did (Dzhokhar) came up
       From underneath and ruptured "Cowe's" Appendix and Demands
       Compensation in the Amount of $1,500,000.00 Dollars.

## COUNT II

[13.]  Upon entering the Cambridge Hospital "Cowe" awaited surgery in the most
       Painful condition possible until the following day where the Emergency
       Appendectomy, by (Laparoscopy) which failed to be the correct process
       Woke up (3) days later on a ventilator, Continually being put back under
       Anesthetics for the next several days. Where his family didn't know whether
       He was going to "Live or Die."

[14.] Eventually "Cowe" was released to the care of his Sister's home and made a
    Partial Recovery in the next several months. The recovery was short lived as
    He had travelled back to Atlanta, Ga. he relapsed into not being able to hold
    Down solid food again and would eventually not even hold down water.

[15.] Emergency Surgery was performed at The Piedmont Henry Hospital in
    Stockbridge Ga. By Dr. Gregg Erdelyn where a mesh was inserted into his
    Abdomen and so severe of an injury it in [F]act took triple mesh due to the
    Excessive surgeries performed at Cambridge Hospital at the onset of his
    Injury.

[16.] The triple mesh inserts would eventually fail and "Cowe" was left with a
    Severe if not ridiculous looking stomach ponch that continues to give him
    Trouble to this day, by a total disfigurement by its appearance and will need
    The Mesh removed at some point, Cannot lift at all and continues on a soft
    Food diet Demands Compensation in the amount of $1,500,000.00 dollars.

## COUNT III

[17.] The Boston Police Department at the Brighton Division wrote the incident
    Report in which they ran the license plate that was supplies by "Cowe" but
    Never did anything about this except made a single phone call in the middle
    Of the night on June 11, 2010 as the report was being filed, conflicted as to
    The vehicle used in Allston and the one appearing on the Police teletype,
    Told Maura A. Byrne that most likely had Attached the license plate tags,
    Where the Police Report is without any description of a motor vehicle.

[18.] Brighton Police Stated to "Cowe" that the vehicle was registered to A
    Holliston, Massachusetts resident and said that they had called The
    Holliston Police Department as "Cowe" waited for an answer as to the
    Registered owner and the Insurer of the vehicle that transported the (3)
    Drunken Felons in a late model Ford Country Squire Station Wagon as
    Being (Blue) in Color did not match an S.U.V. being (Beige) in Color,
    Does not coincide with what "Cowe" had told Police. Report says CAR.

4

[19.] Had the Brighton Police been Honest & Truthful to "Cowe" the three (3)
Would have been Arrested & Summoned to Court to answer charges and the
Insurance carrier would have been Identified along with the Suspects who
Were on a Terror Watch List failed to watch them in any fashion.

[20.] In an earlier Police Report in (2004) to Brighton Police Department Cowe
Told Police he was asleep in his motor vehicle, and in the middle of the
Night his driver's door was opened, Someone entered his vehicle where
Cowe gave Chase catching him didn't know Boston Police had (5) subjects
Already in Custody on Riverdale rd. Allston, Ma., 02134.

[21.] Boston police were called to 78 Brentwood Rd. in the middle of the night
On a Complaint that someone had entered his vehicle while he slept from
Missing his home curfew was locked out of the house. Thieves had taken
Several car radio's over the previous few weeks and Brighton Police were
Unable to find the parties responsible. But "Cowe" had caught (1). Police
Report Said the Call was about a fight but is False Information on a B&E.

[22.] The 6/11/10Brighton Police report sloppy incomplete waste of plain white
Paper and the officer's time who wrote it up. Because Allston-Brighton is
A "College Town" Police are sometimes overwhelmed in Reports of Theft
Assault occurring in the middle of the night, but are unwilling to confront
The situation head on, even when they do have Supporting [Facts] failed
To investigate in a sanctuary setting and influx of students with Visas who
Overstay their time limit, after finding work.

[23.] The Massachusetts trial Courts Ignore a  matter of Poor Public Policy, being
Negligent of Enforcing (§) Statutory[L]aws (by Nole Pros) already on the
Books placing the general population at risk from out Side sources beyond
Their control, found Brighton Police were paid for their service but did
Nothing (investigate) or to Protect him had no intension of serving the
General Public as required by the affirmation of the [L]aw Demands
Compensation in the Amount of $1,500,000.00 dollars

5

## COUNT IV

[24.] If Boston Police even remotely looked into either of "Cowe's claims they
Would have been aware of the changing climate of an lawlessness emerging
That was changing the landscape of Suburban Boston and would forever
Had changed The Boston Marathon, as "Cowe" knew immediately when
Television Broadcaster's put up the faces on (TV) of the alleged Bombers
"He recognized" both perpetrators without hesitation or reservation, BUT
Still feels there's a missing piece of the unknown driver and his vehicle Id.,
Boston Police failed to assist and or follow up on a crime against the elderly
Denied "Cowe" his Constitutional rights guaranteed under Massachusetts
State [L]aws.

[25.] In the 2004 incident Boston Police Detectives had been driving around the
Neighborhood after a rash of calls alerting Brighton Police to Car's being
Broken into overnight and now missing their Radios, happen by chance to
Stop by 78 Brentwood Rd. after seeing several of the residents along with
"Cowe" outside the residents were threatened by Arrest & Prosecution
Boston Police Detectives as to the "Radio Robberies" of the last several
Weeks that about every other night a parked car was vandalized where
Residents had their Radio Ripped out of their vehicles.

[26.] Mr. Cowe being present spoke to Detectives and explained that the "Crew"
And himself were just Carpet layers & Furniture movers who worked on
Harvard Ave. for the past 20 years and that it was US being victimized by
Unknown night people entering the neighborhood most likely the "Illegals"
That had in fluxed the area in the past several years, usually ending with fist
Fights provoked by them to get out of a tight situation they were caught in.

[27.] The assumption was correct since there had been other incidents of the
Drunkenness and Fights on Harvard Ave. including unsolved Murders
And Rape of College students that almost always went unresolved, in a
Radio case the "Illegal's" were known in the neighborhood and actually
Lived on the next Street over from Basic Carpet & Furniture, Linden St.

6

Brighton Police & Suffolk County Prosecutors just plain let them go, with no
Intention of ever serving up any Justice Abused their Authority Demands
Compensation in the Amount of  5,000,000.00 dollars.

[28.]  In the Second Brighton police report which happened on Sept. 23, 2004
The Boston Police (Brighton Division) stood up for the rights of the night
Time Trespassers, and wrote it off as a Drunken Mistake, but as nice tries
Go unpunished, there is no possible way the (6) taken into Police custody
DID NOT all fit into a Honda Civic (see report 1 of 1.) Each Police car had
An Individual occupant, lined up on Riverdale Rd. after Brighton Police
Felt they had solved the Radio Robberies, additionally the residents knew
That nothing had been done by The Court, the abandon vehicle wasn't even
TOWED AWAY and the (2) already in the Honda Civic walked way making
A total of (8) to fit into a four seat car is highly doubtful.

## AMENDMENT TO THE COMPLAINT

[29.]  The plaintiff reserves all of his rights to Amend the Complaint.

## PRAYER

[30.]  With all of its wisdom and Justice the plaintiff asks that this case be
Evaluated In a fair and impartial way, with the rights of the Legal
Hardworking Citizens of The United States of America in mind as
Provided by Law.

[31.]  The following Statements are believed to be True & Correct to the best
Of my knowledge under the pains and penalty of Perjury

6-10-14

Pro Se'
Neal A. Cowe
Neal A. Cowe
75 Birch St.
Old Bridge, New Jersey
08857
1-732-853-9646

7



*William B. Evans, Police Commissioner*

## INCIDENT REPORT

**ORIGINAL**                                                                                     **STATUS: APPROVED**

| KEY SITUATIONS | | COMPLAINT NO. | RPT DIST. | CAD RA | RPT RA | CLEAR. DIST. |
|---|---|---|---|---|---|---|
| NONE | | 100367348 | D14 | 794 | 794 | |
| UCR INCIDENT DESCRIPTION | | UCR FINAL INCIDENT DESCRIPTION | STATUS | | DATE OCCURRED FROM | DATE OCCURRED TO |
| ASSAULT & BATTERY | | ASSAULT & BATTERY | | | 06/11/2010 | |
| LOCATION OF INCIDENT | | | APT | DISPATCH TIME | TIME OCCURRED FROM | TIME OCCURRED TO |
| 170 HARVARD AV | | | | | 02:30 AM | |
| NEIGHBORHOOD | | TYPE OF BUILDING | PLACE OF ENTRY | | WEATHER | LIGHTING |
| ALLSTON | | | | | | OUTSIDE - NIGHT - STREET LIGHTS |
| TYPE OF WEAPON-TOOL | SUSPECT MODE OF TRANSPORTATION | | VICTIM'S ACTIVITY | | SUSPECT RELATIONSHIP TO VICTIM | |
| HANDS | CAR | | | | | |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | | | | | | |

**PERSONS**

| 1 TYPE | | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. | |
|---|---|---|---|---|---|---|---|---|---|
| VICTIM | | COWE, NEAL | | | | 0 | | | |
| ALIAS | | ADDRESS | | | GENDER | RACE | | DOB | AGE |
| | | 42 HOOPER ROAD , DEDHAM MA 02026-0000 | | | MALE | N/A | | 11/02/1949 | 60 |
| HEIGHT | WEIGHT | BUILD | | HAIR | | | EYES | | |
| 0-00 | 000 | N/A | | | | | | | |
| OCCUPATION | | MARITAL STATUS | EMAIL ADDRESS | | | | CONTACT #1 | CONTACT #2 | |
| CARPET LAYER | | | | | | | (617)-230-4684 | (000)-000-0000 | |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | | | | | |

**PERSONS**

| 2 TYPE | | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. | |
|---|---|---|---|---|---|---|---|---|---|
| REPORTER | | SAME | | | | 0 | | | |
| ALIAS | | ADDRESS | | | GENDER | RACE | | DOB | AGE |
| | | | | | | | | | 0 |
| HEIGHT | WEIGHT | BUILD | | HAIR | | | EYES | | |
| | | | | | | | | | |
| OCCUPATION | | MARITAL STATUS | EMAIL ADDRESS | | | | CONTACT #1 | CONTACT #2 | |
| | | | | | | | | | |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | | | | | |

**PERSONS**

| 3 TYPE | | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. | |
|---|---|---|---|---|---|---|---|---|---|
| OFFENDER | | ? | | 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 | | 0 | | | |
| ALIAS | | ADDRESS | | | GENDER | RACE | | DOB | AGE |
| | | | | | MALE | WHITE HISPANIC | | | 0 |
| HEIGHT | WEIGHT | BUILD | | HAIR | | | EYES | | |
| 5-07 | 507 | STOCKY | | DARK BROWN | | | | | |
| OCCUPATION | | MARITAL STATUS | EMAIL ADDRESS | | | | CONTACT #1 | CONTACT #2 | |
| | | | | | | | (000)-000-0000 | (000)-000-0000 | |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | | | | | |
| FRONT SEAT PASSENGER | | | | | | | | | |

**PERSONS**

| 4 TYPE | | NAME (LAST, FIRST, MI) | | S.S. NO. | | BOOKING NO. | | DOCKET NO. | |
|---|---|---|---|---|---|---|---|---|---|
| OFFENDER | | ? | | 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 | | 0 | | | |
| ALIAS | | ADDRESS | | | GENDER | RACE | | DOB | AGE |
| | | | | | MALE | ASIAN | | | 0 |
| HEIGHT | WEIGHT | BUILD | | HAIR | | | EYES | | |
| 5-05 | | MEDIUM | | BLACK | | | | | |
| OCCUPATION | | MARITAL STATUS | EMAIL ADDRESS | | | | CONTACT #1 | CONTACT #2 | |
| | | | | | | | (000)-000-0000 | (000)-000-0000 | |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | | | | | |
| DRIVER OF VEHICLE | | | | | | | | | |

| P E R S O N S | 5 | TYPE | | NAME (LAST, FIRST, MI) | | | | S.S. NO. | | BOOKING NO. | | DOCKET NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OFFENDER | | ? | | | | | | 0 | | | |
| | ALIAS | | | ADDRESS | | | | GENDER | RACE | | | DOB | AGE |
| | | | | | | | | MALE | ASIAN | | | | 0 |
| | HEIGHT | WEIGHT | BUILD | | | HAIR | | | | EYES | | | |
| | 5-03 | | THIN | | | BLACK | | | | | | | |
| | OCCUPATION | | MARITAL STATUS | | EMAIL ADDRESS | | | | | CONTACT #1 | | CONTACT #2 | |

| | SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) | | | | | |
|---|---|---|---|---|---|---|
| | BACK SEAT PASSENGER | | | | | |

| V E H I C L E S | STATUS | | REG.STATE | REG.NO. | PLATE TYPE | | YEAR(EXP) | MODEL |
|---|---|---|---|---|---|---|---|---|
| | N/A | | MA - | 62TV39 | N/A | | 0 | |
| | VEHICLE MAKE/YEAR | | V.I.N. | | STYLE | | COLOR(TOP-BOTTOM) | |
| | 0 | | | | SUV | | BROWN - | |
| | OPERATOR'S NAME | | LICENSE NO. | | STATE | OPERATOR'S ADDRESS | | |
| | OWNER'S NAME | | | | OWNER ADDRESS | | | |

**NARRATIVE AND ADDITIONAL INFORMATION**

Mr. Cowe came into District 14 to report that he was involved in an altercation with three unknown males on Harvard Avenue in Allston at about 2:30 A.M. on 6/11/2010. He states that he was in his van in the City lot behind Blanchard's Liquors when one of the males came up from behind and punched the passenger side door of his truck (GA Reg BKQ5104, 1995 GMC 3500 - van - color green). He did not see which of them did it but he did confront them about it and they all denied it. Mr. Cowe then followed them as they left the lot onto Harvard Avenue. He states that they were in a small brown SUV possibly a Honda or a Toyota with possible plate of 62TV39 and that an Asian male was operating the vehicle. Once out of the lot on Harvard Avenue the brown SUV stopped and the rear seat passenger who was an Asian male got out and approached Mr. Cowe in his van. Mr. Cowe said that they had words and then Mr. Cowe attempted to exit his van at which time the Asian male slammed the van's door on him. Mr. Cowe said that he and the Asian male then exchanged punches. The Asian male then shoved him up against his van causing a back and other internal injury to Mr. Cowe. The driver and other passenger of the SUV were not involved in this part of the incident. Mr. Cowe states that he then got back in his van left the scene.

| UNIT ASSIGNED | SHIFT | REPORTING OFFICER'S NAME | | REPORTING OFFICER'S ID | PARTNER'S ID |
|---|---|---|---|---|---|
| KD96 | 1 | MAURA A BYRNE | | 11673 | 0 |
| SPECIAL UNITS NOTIFIED (REPORTING) | | | | | |
| AREA D-14 | | | | | |
| DATE OF REPORT | | TIME COMPLETED | APPROVING SUPERVISOR NAME | | APPROVING SUPERVISOR ID |
| 07/08/2010 | | 12:58 AM | RICHARD J HOUSTON | | 10543 |



*William B. Evans, Police Commissioner*

## INCIDENT REPORT

**ORIGINAL**                                                                                      **STATUS: APPROVED**

| KEY SITUATIONS | | COMPLAINT NO. | RPT DIST. | CAD RA | RPT RA | CLEAR. DIST. |
|---|---|---|---|---|---|---|
| | | 040511850 | D14 | 811 | | |

| UCR INCIDENT DESCRIPTION | UCR FINAL INCIDENT DESCRIPTION | STATUS | DATE OCCURRED FROM | DATE OCCURRED TO |
|---|---|---|---|---|
| INVESTIGATE-PERSON | INVESTIGATE PERSON | | 09/23/2004 | |

| LOCATION OF INCIDENT | | APT# | DISPATCH TIME | TIME OCCURRED FROM | TIME OCCURRED TO |
|---|---|---|---|---|---|
| RIVERDALE ST/RAYMOND ST | | | 02:57 AM | 02:55 AM | |

| NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY | WEATHER | LIGHTING |
|---|---|---|---|---|
| COMMERCIAL & RESIDENTIAL | | | CLEAR | ARTIFICIAL |

| TYPE OF WEAPON-TOOL | SUSPECT MODE OF TRANSPORTATION | VICTIM'S ACTIVITY | SUSPECT RELATIONSHIP TO VICTIM |
|---|---|---|---|
| | | | |

UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR

### PERSONS

**1  TYPE**
VICTIM

| NAME (LAST, FIRST, MI) | | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| COWE, NEAL | | | 0 | |

| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|
| | 78 BRENTWOOD, ALLSTON MA 02134-0000 | MALE | WHITE NON-HISPANIC | 11/02/1949 | 54 |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| | | N/A | | |

| OCCUPATION | MARITAL STATUS | EMAIL ADDRESS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|---|
| | | | (617)-254-9448 | |

SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)

**2  TYPE**
REPORTER

| NAME (LAST, FIRST, MI) | | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| SAME | | | 0 | |

| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|
| | | | | | 0 |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| | | | | |

| OCCUPATION | MARITAL STATUS | EMAIL ADDRESS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|---|
| | | | | |

SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)

**3  TYPE**
OFFENDER

| NAME (LAST, FIRST, MI) | | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| BORILLA, JOSE LUIS | | | 0 | |

| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|
| | 15 LINDEN ST , ALLSTON MA 02134-0000 | MALE | WHITE HISPANIC | 11/26/1977 | 26 |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| 5-07 | 165 | SLIM | BLACK | BROWN |

| OCCUPATION | MARITAL STATUS | EMAIL ADDRESS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|---|
| | | | | |

SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)
BLUE SHIRT BLACK JEANS

NARRATIVE AND ADDITIONAL INFORMATION:

RECIEVED RADIO CALL FOR FIGHT AT RIVERDALE/ RAYMOND ST.
UPON ARRIVAL SPOKE TO VICTIM WHO STATED THAT SUSPECT OPENED THE DOOR TO HIS M/V AND
GAVE CHASE. VICTIM STATED THAT DOOR WAS UNLOCKED AND NO DAMAGE WAS DONE TO M/V.
SUSPECT WAS DK AND ATTEMPTED TO GET INTO THE WRONG M/V WHICH WAS PARKED BEHIND
CALLERS M/V. IT WAS BELIEVED THAT THIS WASNT A B/E BUT A MISTAKE CAUSED BY TO MUCH
CONSUMPTION OF ALCHOLIC BEVERAGE.

| UNIT ASSIGNED | SHIFT | REPORTING OFFICER'S NAME | REPORTING OFFICER'S ID | PARTNER'S ID |
|---|---|---|---|---|
| K415A | 1 | EDWIN DEJESUS | 11306 | 0 |

SPECIAL UNITS NOTIFIED(REPORTING)

| DATE OF REPORT | TIME COMPLETED | APPROVING SUPERVISOR NAME | APPROVING SUPERVISOR ID |
|---|---|---|---|
| 09/23/2004 | 03:55 AM | WILLIAM CROWDER | 6934 |